# Court of Appeals
# of the State of Georgia

ATLANTA, November 14, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0365.  THOMAS MARSHALL v. THE STATE.**

On June 29, 2012, this Court granted Thomas Marshall's application for discretionary appeal. The order notified Marshall that he had 10 days from the date of the order to file his notice of appeal. See OCGA § 5-6-35 (g).  Seventeen days later, on July 16, 2012, Marshall filed his notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988). Because Marshall failed to file his notice of appeal within 10 days of our order granting his application, his notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction.  See id.; OCGA § 5-6-35 (g).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/14/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*